UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE



UNITED STATES OF AMERICA

v.

**BRYAN KEITH MYERS**

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **06-112M-MPT**

CR06-114-2

I, **BRYAN KEITH MYERS**, charged in a complaint pending in this District with **DISTRIBUTION OF MORE THAN 50 GRAMS OF COCAINE BASE**, in violation of Title **21**, U.S.C., **841(a)(1) and b(1)(A)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R.Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*Defendant*

*Counsel for Defendant*

October 3, 2006



FILED

OCT 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE