IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06- 114 |
| FERNANDO MERCADO and BRIAN KEITH MYERS, | : | REDACTED |
| Defendants. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about May 25, 2005, in the State and District of Delaware, FERNANDO MERCADO, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### COUNT II

On or about June 13, 2005, in the State and District of Delaware, FERNANDO MERCADO, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### COUNT III

On or about November 1, 2005, in the State and District of Delaware, FERNANDO MERCADO, defendant herein, did knowingly distribute more than fifty grams of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in

FILED
OCT 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## COUNT IV

On or about February 16, 2006, in the State and District of Delaware, FERNANDO MERCADO and BRIAN KEITH MYERS, defendants herein, did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

## COUNT V

On or about March 9, 2006, in the Eastern District of Pennsylvania, BRIAN KEITH MYERS, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT VI

On or about May 22, 2006, in the State and District of Delaware, BRIAN KEITH MYERS, defendant herein, did knowingly distribute more than fifty grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT VII

On or about September 8, 2006 in the State and District of Delaware, BRIAN KEITH MYERS, defendant herein, did knowingly distribute more than fifty grams of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## COUNT VIII

On or about September 18, 2006, in the State and District of Delaware, BRIAN KEITH MYERS, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT IX

On or about September 18, 2006, in the State and District of Delaware, BRIAN KEITH MYERS, defendant herein, during and in relation to a drug trafficking crime, to wit, the knowing possession with intent to distribute of a mixture and substance containing a detectable amount of cocaine, for which he may be prosecuted in a court of the United States, knowingly possessed in furtherance of said drug trafficking crime a firearm, to wit, a Kel-Tec .380 caliber semi-automatic pistol with an obliterated serial number, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT X

On or about September 18, 2006, in the State and District of Delaware, BRIAN KEITH MYERS, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about September 16, 2002, in the Superior Court in and for New Castle County for the State of Delaware, did knowingly possess in and affecting commerce a firearm, to wit, a Kel-Tec .380 caliber semi-automatic pistol with an obliterated serial number, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Counts I through IV of this Indictment, FERNANDO MERCADO, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

Upon conviction of one or more of the controlled substance offenses alleged in Counts IV through VIII of this Indictment, BRIAN KEITH MYERS, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

Upon conviction of the firearms offense alleged in Count IX and X of this Indictment, BRIAN KEITH MYERS, defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearm involved or used in the commission of said offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with, a third party;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Sophie E. Bryan
Assistant United States Attorneys

Dated: October 12, 2006