IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-114-JJF |
| | ) |
| FERNANDO MERCADO and | ) |
| BRIAN KEITH MYERS, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR A SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1.  The Indictment in this case charges two defendants. The defendants' time to file pre-trial motions expired December 8, 2006. No motions were filed.

WHEREFORE, the United States respectfully asks the Court to set a date for a

scheduling conference in order to address the scheduling of trial in this matter. A proposed form of order is attached for the Court's convenience.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                        By: /s/ Douglas E. McCann
                                        Douglas E. McCann
                                        Assistant United States Attorney
                                        1007 Orange Street, Suite 700
                                        P.O. Box 2046
                                        Wilmington, Delaware 19899-2046

DATED:      December 20, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>            Plaintiff,                             )<br>                                                              )<br>    v.                                                    )    Case No. 06-114-JJF<br>                                                              )<br>FERNANDO MERCADO and           )<br>BRIAN KEITH MYERS,                      )<br>                                                              )<br>            Defendants.                       )    | |

### ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2006, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on December 20, 2006, I caused the foregoing Motion for a Scheduling Conference to be served on the following counsel in the manner indicated:

**BY FIRST CLASS MAIL AND CM/ECF**

Paul Verducci, Esquire
Lehman & Verducci
218 N. Church Street
West Chester, PA 19380
610-436-8000
610-436-4302 (fax)
lehmanverducilaw@aol.com

_____
Douglas E. McCann