IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-114-2 JJF |
| BRIAN KEITH MYERS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on October 26, 2006, the above named Defendant entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, no pretrial motions have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Tuesday, April 3, 2007 at 10:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and April 3, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

December 29, 2006
        DATE



UNITED STATES DISTRICT JUDGE

FILED

JAN 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE