

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *The Nemours Building*<br>*1007 Orange Street, Suite 700*<br>*P.O. Box 2046*<br>*Wilmington, Delaware 19899-2046* | *(302) 573-6277*<br>*FAX (302) 573-6220* |

October 16, 2007

**BY CM/ECF**

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

                Re: **United States v. Myers, Cr. A. No. 06-114-02 JJF**

Dear Judge Farnan:

      The Court has scheduled a Rule 11 hearing for defendant Brian Myers on October 19, 2007. Defendant Myers is presently joined for trial in the same indictment as co-defendant Fernando Mercado, and both defendants are represented by the same attorneys. The government respectfully requests that, in addition to the Rule 11 colloquy, the Court inquire into the joint representation as contemplated by Rule 44(c) of the Federal Rules of Criminal Procedure. The Rule 44(c) colloquy was previously conducted by Magistrate Judge Thynge on October 3, 2006. D.I. 27.

                                    Respectfully,

                                      COLM F. CONNOLLY
                                    United States Attorney

                        By: *[signature]*
                                    Douglas E. McCann
                                    Assistant United States Attorney

Enclosure

cc:    Paul Verduci, Esquire
         Michael Lehman, Esquire