OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

October 31, 2007

Samuel C. Stretton, Esq.
301 S. High Street
P.O. Box 3231
West Chester, PA 19381

          RE:  USA v. Brian Keith Myers
               CR 06-114-2-JJF

Dear Mr. Stretton:

     Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal cases. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office within 45 days for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

     If an appeal is taken in these matters the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

                                     Sincerely,

                                     PETER T. DALLEO, CLERK

                                BY:  /s/ Brian K. Blackwell
                                     Brian K. Blackwell
                                     Deputy Clerk

PTD/bkb
enclosure

cc: Douglas Edward McCann, Esq.
    Paul Verducci, Esq.
    U.S. Marshal
    U.S. Probation


FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 OCT 30 PM 3:58
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED