# U.S. Department of Justice



United States Attorney's Office
District of Delaware

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

November 15, 2007

**BY CM/ECF**

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

**Re: United States v. Mercado and Myers, Cr. A. No. 06-114 JJF**

Dear Judge Farnan:

    As the Court is aware, Defendant Brian Myers has a new attorney. The government respectfully requests a scheduling conference, so that the parties and the Court may confer on the further scheduling of this action.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

cc:    Samuel Stretton, Esquire