IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-114 JJF |
| BRIAN KEITH MYERS,<br>FERNANDO MERCADO, | : |
| Defendants. | : |

**ORDER**

WHEREAS, on October 19, 2007, the Court held a Status Conference in the above captioned matter;

WHEREAS, counsel was granted a thirty-day (30) continuance for Defendant Fernando Mercado;

WHEREAS, Defendant Brian Myers has a new attorney;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Monday, December 17, 2007, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between October 19, 2007 and December 17, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

November 20, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE