**SAMUEL C. STRETTON**

ATTORNEY AT LAW

301 SOUTH HIGH STREET

P.O. BOX 3231

WEST CHESTER, PA 19381-3231

---

(610) 696-4243

FAX (610) 696-2919

November 23, 2007

THE BENJAMIN FRANKLIN HOUSE
SUITE 204
834 CHESTNUT STREET
PHILADELPHIA, PENNSYLVANIA 19107
(215) 627-8653
PLEASE REPLY TO: WEST CHESTER

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

    Re:  United States v. Mercado and Myers
         No. 1:06-CR-114

Dear Judge Farnan:

    I received the order of a pre-trial conference on December 17 at 11:30 a.m. I have another hearing in the morning. I was wondering if we could move the pre-trial conference back to the afternoon of December 17 at 1:30 or 2:00. I will await Your Honor's advice. Thank you.

                           Respectfully yours,

                           Samuel C. Stretton

SCS:eaj
Cc: Douglas E. McCann, Esquire

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE