IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-114 JJF |
| BRIAN KEITH MYERS, FERNANDO MERCADO, | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court has set a scheduling conference to be held on **Monday, December 17, 2007, at 11:30 a.m.**;

WHEREAS, Counsel for Defendant has requested the Court consider a change of time for the conference to sometime in the afternoon;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference will be held on Monday, December 17, 2007, **at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

December 4, 2007
DATE

UNITED STATES DISTRICT JUDGE