IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 1:06-cr-00114-JJF |
| | : |
| v. | : *(Electronically Filed)* |
| | : |
| **BRIAN KEITH MYERS (2)** | : (Judge Farnan) |

**MOTION OF THE DEFENDANT, BRIAN KEITH MYERS,
FOR AN EXTENSION OF TIME TO ADVISE THE COURT
AS TO WHETHER HE WILL ACCEPT A PLEA
OR REQUEST A TRIAL**

The Defendant, Brian Keith Myers, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant him an extension of time to make a decision as to whether he will accept a plea or request a trial in the captioned matter for the following reasons:

1. Judge Farnan has given the Defendant a deadline of January 10, 2008 to make a decision as to whether he will plead guilty or request a trial.

2. Defendant's court appointed counsel, Samuel C. Stretton, Esquire, just received some of the discovery from the United States Attorney and is mailing it to Mr. Myers.

3. Mr. Myers cannot make a decision until he reviews the discovery.

4. Mr. Myers told Mr. Stretton he has never seen the discovery.

5.  Mr. Myers would respectfully request an additional two weeks beyond the January 10, 2008 deadline to advise the Court as to whether he wishes to plead guilty or go to trial, so he can have an opportunity to review the discovery before making a decision.

WHEREFORE, the Defendant, Brian K. Myers, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant him an additional two weeks beyond the January 10, 2008 deadline to make a decision as whether he will plead guilty or go to trial for the reasons stated above.

Respectfully submitted,

*s/Samuel C. Stretton*_____
Samuel C. Stretton, Esquire
Attorney for Defendant,
 Brian Keith Myers
301 S. High Street
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**      : 1:06-cr-00114-JJF
                                  :
       v.                        : *(Electronically Filed)*
                                  :
**BRIAN KEITH MYERS (2)**          : (Judge Farnan)

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the foregoing Motion for an Extension of Time in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Douglas Edward McCann, Esquire
   U.S. Attorney's Office
   1007 Orange Street, Suite 700
   P.O. Box 2046
   Wilmington, DE  19899-2046

2. Brian Keith Myers
   ID #05145015
   Salem County Jail
   125 Cemetery Road
   Woodstown, NJ  08098

                    Respectfully submitted,

January 8, 2008       *s/Samuel C. Stretton*_____
DATE                  Samuel C. Stretton, Esquire
                      Attorney for Defendant,
                       Brian Keith Myers
                      301 S. High St., P.O. Box 3231
                      West Chester, PA  19381
                      (610) 696-4243
                      Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA** : 1:06-cr-00114-JJF
:
      **v.** : *(Electronically Filed)*
:
**BRIAN KEITH MYERS (2)** : (Judge Farnan)

<u>**ORDER**</u>

AND NOW, this _____ day of _____, 2008, upon consideration of the Defendant's Motion for an Extension of Time to Advise the Court as to Whether he Will Accept a Plea or Request a Trial, it is hereby ORDERED and DECREED the said Motion is granted and the Defendant is given until the _____ day of _____, 2008, to so advise the Court.

BY THE COURT:

_____
                                  J.