

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*                              *(302) 573-6277*
*1007 Orange Street, Suite 700*              *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

January 8, 2008

**BY CM/ECF**

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

### Re: United States v. Myers, Cr. A. No. 06-114-02 JJF

Dear Judge Farnan:

The government has received a copy of the Defendant's Motion for an Extension of Time to Advise the Court as to Whether He Will Accept a Plea or Request a Trial. D.I. 45. The government does not object to the additional two weeks requested by the defendant. The government respectfully requests that the Court include in its order a finding that the possibility of a non-trial disposition outweighs the interest of the public and the defendant in a speedy trial, and that the additional two weeks be excluded under the Speedy Trial Act.

In his letter, the defendant observes that he just received discovery from the government. The government produced some discovery in the case to the defendant's previous counsel. As the attached letter shows, when the defendant obtained new counsel, the government suggested he contact his predecessor to obtain the materials. On December 24, 2007, (at which time the undersigned was away), current counsel requested that the government produce discovery directly to him. The government did so on January 4, 2008.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

cc:    Samuel Stretton, Esquire



**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*                     *(302) 573-6277*
*1007 Orange Street, Suite 700*           *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

November 5, 2007

**BY FIRST CLASS MAIL**

Samuel C. Stretton, Esquire
301 S. High Street
P.O. Box# 3231
West Chester, PA 19381

    **Re:   United States v. Myers, Cr. A. No. 06-114-02 JJF**

Dear Mr. Stretton:

    I am in receipt of your letter of November 2, 2007. This case is in the pre-trial stage. The defendant fired his lawyer, Paul Verducci, Esquire, just before entering a plea. I suggest you contact Mr. Verducci at 610-436-8000 to obtain the discovery in the case. After you have had a chance to review it, I will be happy to discuss the case with you.

                             Very truly yours,

                             COLM F. CONNOLLY
                             United States Attorney

BY:_____
                             Douglas E. McCann
                             Assistant United States Attorney