IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:06-cr-00114-JJF |
| | : | |
| v. | : | (Electronically Filed) |
| | : | |
| BRIAN KEITH MYERS (2) | : | (Judge Farnan) |

ORDER

AND NOW, this 10 day of January, 2008, upon consideration of the Defendant's Motion for an Extension of Time to Advise the Court as to Whether he Will Accept a Plea or Request a Trial, it is hereby ORDERED and DECREED the said Motion is granted and the Defendant is given until the 8 day of February, 2008, to so advise the Court.

BY THE COURT:

_____ J.

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE