IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-114-02 JJF |
| BRIAN KEITH MYERS, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves the Court to exclude time under the Speedy Trial Act for the reasons set forth below.

1. On December 17, 2007, the Court ordered the parties to report on whether the defendant would enter a guilty plea or proceed to trial by January 10, 2008.

2. On January 8, 2008, the defendant sought a two week extension of the report due date. D.I. 47. On January 10, 2008, the Court gave the defendant until February 8, 2008 to report his decision. D.I. 47.

3. The government submits that the defendant's and the public's interest in a speedy trial is outweighed by the possibility that the short continuance permitted by the Court will result in a non-trial disposition of the case.

4. The defendant, through counsel, does not oppose this motion.

WHEREFORE, the United States respectfully asks the Court to exclude the time between the date this motion is granted until February 8, 2008, under the Speedy Trial Act in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:    January 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-114-02 JJF |
| BRIAN KEITH MYERS, | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1. The government's Unopposed Motion to Exclude Time Under the Speedy Trial Act is GRANTED;

2. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between the date of this order, and February 8, 2008, under the Speedy Trial Act in the interest of justice.

                                             _____
                                             HONORABLE JOSEPH J. FARNAN, JR.
                                             UNITED STATES DISTRICT JUDGE