IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-114-02 JJF |
| BRIAN KEITH MYERS, | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED this 14 day of January, 2008, that

1. The government's Unopposed Motion to Exclude Time Under the Speedy Trial Act is GRANTED;

2. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between the date of this order, and February 8, 2008, under the Speedy Trial Act in the interest of justice.

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE





FILED

JAN 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE