IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-114 JJF |
| BRIAN KEITH MYERS,<br>FERNANDO MERCADO, | : |
| Defendants. | : |

### ORDER

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Friday, February 8, 2008, at 11:15 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and February 8, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

January 22, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE