```
          IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF DELAWARE
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 1:06-cr-00114-JJF |
| | : |
| v. | : *(Electronically Filed)* |
| | : |
| **BRIAN KEITH MYERS (2)** | : (Judge Farnan) |

### MOTION OF THE DEFENDANT, BRIAN KEITH MYERS, TO CONTINUE THE FEBRUARY 8, 2008 HEARING

The Defendant, Brian Keith Myers, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant a continuance of the hearing scheduled for February 8, 2008, for the following reasons:

1. A hearing has been scheduled by the Court for Friday, February 8, 2008.

2. Present counsel, Samuel C. Stretton, Esquire, is in the middle of a homicide trial in the Court of Common Pleas of Philadelphia. Present counsel does not expect the trial to end before Friday, February 8, 2008, but if the trial breaks down for some reason, he will notify the Court immediately.

3. Assistant United States Attorney Douglas E. McCann has no objection to the continuance.

WHEREFORE, the Defendant, Brian Keith Myers, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this

Honorable Court grant a continuance of the hearing scheduled for Friday, February 8, 2008 for the reasons above stated.

                                        Respectfully submitted,

                                        *s/Samuel C. Stretton*_____
                                        Samuel C. Stretton, Esquire
                                        Attorney for Defendant,
                                         Brian Keith Myers
                                        301 S. High Street
                                        P.O. Box 3231
                                        West Chester, PA  19381
                                        (610) 696-4243
                                        Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**     : 1:06-cr-00114-JJF
:
      v.     : *(Electronically Filed)*
:
**BRIAN KEITH MYERS (2)**     : (Judge Farnan)

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the foregoing Motion for a Continuance in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Douglas Edward McCann, Esquire
   U.S. Attorney's Office
   1007 Orange Street, Suite 700
   P.O. Box 2046
   Wilmington, DE  19899-2046

2. Brian Keith Myers
   ID #05145015
   Salem County Jail
   125 Cemetery Road
   Woodstown, NJ  08098

                               Respectfully submitted,

February 5, 2008         *s/Samuel C. Stretton*_____
DATE                       Samuel C. Stretton, Esquire
                               Attorney for Defendant,
                                Brian Keith Myers
                               301 S. High St., P.O. Box 3231
                               West Chester, PA  19381
                               (610) 696-4243
                               Attorney I.D. No. 18491