**SAMUEL C. STRETTON**
**ATTORNEY AT LAW**
**301 SOUTH HIGH STREET**
**P.O. BOX 3231**
**WEST CHESTER, PA 19381-3231**
_____
**(610) 696-4243**
**FAX (610) 696-2919**

February 11, 2008

**THE BENJAMIN FRANKLIN HOUSE**
**834 CHESTNUT STREET, SUITE 206**
**PHILADELPHIA, PENNSYLVANIA 19107**
**(215) 627-8653**
**PLEASE REPLY TO:** WEST CHESTER

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 North King Street, Rm. 4124
Lockbox 27
Wilmington, DE  19801

       Re:  United States v. Brian Keith Myers
           No. 1:06-cr-00114-JJF

Dear Judge Farnan:

    Please be advised I represent the Defendant, Brian Myers, in the captioned matter.  Thank you for your courtesy in granting the continuance of the hearing scheduled for February 8, 2008.  Enclosed please find a proposed Order for Your Honor's consideration.  March 7, 2008 is a date acceptable to all parties, including myself, Paul Verducci, Esquire, and Doug McCann, Esquire.  Thank you.

                  Respectfully yours,

                  _s/Samuel C. Stretton_

                  Samuel C. Stretton

SCS:jac
Enc.
cc:  Paul Verducci, Esquire
     Doug McCann, Esquire
     Brian Keith Myers

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA | : 1:06-cr-00114-JJF |
| | : |
| v. | : *(Electronically Filed)* |
| | : |
| BRIAN KEITH MYERS (2) | : (Judge Farnan) |

**ORDER**

AND NOW, this        day of                , 2008, it is
hereby ORDERED and DECREED that the hearing scheduled for
February 8, 2008, is postponed at the request of Brian Myers'
counsel, who is currently involved in a homicide trial in
Pennsylvania.  The Defendant, Brian Myers, agrees to waive a
speedy trial time period.

The hearing is rescheduled for the 7th day of March, 2008.


BY THE COURT:


_____
                                J.