IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : 1:06-cr-00114-JJF |
| v. | : |
| BRIAN KEITH MYERS (2) | : (Judge Farnan) |

ORDER

AND NOW, this 29th day of February, 2008, it is hereby ORDERED and DECREED that the hearing scheduled for February 8, 2008, is postponed at the request of Brian Myers' counsel, who is currently involved in a homicide trial in Pennsylvania. The Defendant, Brian Myers, agrees to waive a speedy trial time period.

The hearing is rescheduled for the 7th day of March, 2008. at 1:30 p.m.

BY THE COURT:

Joseph J Farnan Jr.
_____ J.

FILED
FEB 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE