```
            IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:06-cr-00114-JJF |
| | : | |
| v. | : | *(Electronically Filed)* |
| | : | |
| **BRIAN KEITH MYERS (2)** | : | (Judge Farnan) |

### MOTION OF THE DEFENDANT, BRIAN KEITH MYERS, TO CONTINUE THE MARCH 7, 2008 HEARING

The Defendant, Brian Keith Myers, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant a continuance of the hearing scheduled for March 7, 2008, for the following reasons:

1. A hearing has been scheduled by the Court for March 7, 2008.

2. Present counsel, Samuel C. Stretton, Esquire, has an emergency election trial in the Commonwealth Court scheduled for Friday, March 7, 2008, and possibly, Saturday, March 8, 2008.

3. Assistant United States Attorney Douglas E. McCann has no objection to the continuance.

4. Present counsel, Samuel C. Stretton, Esquire, would be available on the following days in April:

    a.   April 1, 2008;

    b.   April 24, 2008;

    c.   April 25, 2008; and

    d.   April 28, 2008.

WHEREFORE, the Defendant, Brian Keith Myers, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant a continuance of the hearing scheduled for March 7, 2008 for the reasons above stated.

    Respectfully submitted,

*s/Samuel C. Stretton*_____
Samuel C. Stretton, Esquire
Attorney for Defendant,
 Brian Keith Myers
301 S. High Street
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA** : 1:06-cr-00114-JJF
:
    v. : *(Electronically Filed)*
:
**BRIAN KEITH MYERS (2)** : (Judge Farnan)

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the foregoing Motion for a Continuance in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Douglas Edward McCann, Esquire
   U.S. Attorney's Office
   1007 Orange Street, Suite 700
   P.O. Box 2046
   Wilmington, DE  19899-2046

2. Brian Keith Myers
   ID #05145015
   Salem County Jail
   125 Cemetery Road
   Woodstown, NJ  08098

                              Respectfully submitted,

March 5, 2008        *s/Samuel C. Stretton*_____
DATE                    Samuel C. Stretton, Esquire
                            Attorney for Defendant,
                             Brian Keith Myers
                            301 S. High St., P.O. Box 3231
                            West Chester, PA  19381
                            (610) 696-4243
                            Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 1:06-cr-00114-JJF |
| v. | : |
| **BRIAN KEITH MYERS (2)** | : (Judge Farnan) |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of the Defendant's request for a continuance, it is hereby ORDERED and DECREED that the hearing scheduled for Friday, March 7, 2008, is continued. The Defendant, Brian Myers, agrees to waive a speedy trial time period.

The hearing is rescheduled for the _____ day of _____, 2008, at _____ A.M./P.M.

BY THE COURT:

_____
J.