IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : 1:06-cr-00114-JJF |
| v. | : |
| BRIAN KEITH MYERS (2) | : (Judge Farnan) |

### ORDER

AND NOW, this 7 day of March, 2008, upon consideration of the Defendant's request for a continuance, it is hereby ORDERED and DECREED that the hearing scheduled for Friday, March 7, 2008, is continued. The Defendant, Brian Myers, agrees to waive a speedy trial time period.

The hearing is rescheduled for the 25 day of April, 2008, at 10.00 A.M. ~~P.M.~~

BY THE COURT:

_____ J.

FILED
MAR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE