IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-114-02 JJF |
| BRIAN KEITH MYERS, : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND ENTRY OF APPEARANCE

Notice is hereby given to the substitution of David L. Hall in place of Douglas E. McCann, as the attorney for the plaintiff, United States of America, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ David L. Hall
David L. Hall
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277

Dated: 14APR08