IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-114-2 JJF |
| BRIAN KEITH MYERS, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, sentencing hearing set for July 8, 2008 has been cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, August 6, 20008, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 11, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE