```
          IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF DELAWARE
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 1:06-cr-00114-JJF |
| v. | : *(Electronically Filed)* |
| **BRIAN KEITH MYERS (2)** | : (Judge Farnan) |

### MOTION TO EXTEND THE SENTENCING, WHICH IS PRESENTLY SCHEDULED FOR WEDNESDAY, AUGUST 6, 2008

The Defendant, Brian Myers, by his court appointed counsel, Samuel C. Stretton, Esquire, respectfully requests that the sentencing date scheduled for Wednesday, August 6, 2008, be continued for ninety (90) days for the following reasons:

1. The Defendant is presently scheduled for sentencing before the Honorable Joseph Farnan on August 6, 2008.

2. Mr. Stretton has discovered that the co-defendant, Mr. Mercado, whose case has been transferred to the Eastern District of Pennsylvania, is not going to be sentenced until sometime in the fall of 2008.

3. For the purpose of sentencing, it is important to have the benefit of Mr. Mercado's sentence since Mr. Mercado was higher up in the alleged drug conspiracy, and many of the same aspects of Mr. Mercado's cooperation, Mr. Myers also performed.

4. The United States Attorney's Office does not have an objection to this. Mr. Stretton also spoke to Mr. Durkin and he has no objection.

5.   This is very important since there are now issues concerning a much higher criminal history record than previously anticipated.

6.   Mr. Myers has cooperated but there are issues that have to be reviewed and to insure and fair and just sentence, it is important that this Honorable Court be aware of what sentence Mr. Mercado received in weighing how far to come down from the guidelines in reference to Mr. Myers' sentence.

WHEREFORE, Brian Myers, by his counsel, Samuel C. Stretton, Esquire, respectfully requests a ninety day extension of the sentencing date for the reasons above stated.

Respectfully submitted,

*s/Samuel C. Stretton*_____
Samuel C. Stretton, Esquire
Attorney for Defendant,
 Brian Keith Myers
301 S. High Street
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

```
            IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF DELAWARE
```

**UNITED STATES OF AMERICA**        : 1:06-cr-00114-JJF
                                     :
        v.                            : *(Electronically Filed)*
                                     :
**BRIAN KEITH MYERS (2)**            : (Judge Farnan)

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the foregoing Motion to Extend the Sentencing in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. David Hall, Esquire
   U.S. Attorney's Office
   1007 Orange Street, Suite 700
   P.O. Box 2046
   Wilmington, DE  19899-2046

2. Brian Keith Myers
   ID #05145015
   Salem County Jail
   125 Cemetery Road
   Woodstown, NJ  08098

                              Respectfully submitted,

July 9, 2008              *s/Samuel C. Stretton*_____
DATE                     Samuel C. Stretton, Esquire
                           Attorney for Defendant,
                           Brian Keith Myers
                           301 S. High St., P.O. Box 3231
                           West Chester, PA  19381
                           (610) 696-4243
                           Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**    : 1:06-cr-00114-JJF
                                :
     **v.**    :
                                :
**BRIAN KEITH MYERS (2)**    : (Judge Farnan)

<u>**ORDER**</u>

AND NOW, this _____ day of _____, 2008, upon consideration of the Defendant's request to continue the sentencing, it is hereby ORDERED and DECREED that the sentencing hearing scheduled for Wednesday, August 6, 2008, is continued for ninety (90) days.

The hearing is rescheduled for the ____ day of _____, 2008, at _____ A.M./P.M.

BY THE COURT:

_____
J.