IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA    : 1:06-cr-00114-JJF
                      :
          v.            :
                      :
BRIAN KEITH MYERS (2)    : (Judge Farnan)

## ORDER

AND NOW, this   15th   day of   July   , 2008, upon consideration of the Defendant's request to continue the sentencing, it is hereby ORDERED and DECREED that the sentencing hearing scheduled for Wednesday, August 6, 2008, is continued for ninety (90) days.

The hearing is rescheduled for the *5* day of *November*, 2008, at *1:00* ~~A.M.~~/P.M.

BY THE COURT:

_____ J.