**SAMUEL C. STRETTON**

ATTORNEY AT LAW

301 SOUTH HIGH STREET

P.O. BOX 3231

WEST CHESTER, PA 19381-3231



(610) 696-4243

FAX (610) 696-2919

August 25, 2008

BENJAMIN FRANKLIN HOUSE

SUITE 204

834 CHESTNUT STREET

PHILADELPHIA, PENNSYLVANIA 19107

(215) 627-6653

PLEASE REPLY TO: WEST CHESTER

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 North King Street, Rm. 4124
Lockbox 27
Wilmington, DE  19801

    Re:  United States v. Brian Myers
         No. 1:06-cr-00114-JJF

Dear Judge Farnan:

    I am writing about Brian Myers.  He has been moved from Salem, New Jersey to Gander Hill.  He said the conditions are Gander Hill are horrible.  They won't give him a bed and he has to sleep on the floor and that is causing him great pain.  Further, he is given little access to the Federal Library.  He is also in a cell with three people which, of course, is way too much overcrowding.  Is there any way he could be transferred back to Salem because I don't understand why he was brought over.  I will await your advice.

                            Respectfully yours,

                            Samuel C. Stretton

SCS:mml

cc:  David Hall, Esquire
     Brian Myers