# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

September 5, 2008

Samuel C. Stretton, Esquire
Attorney At Law
301 South High Street
P. O. Box 3231
West Chester, PA 19381-3231

       RE:    United States v. Brian Myers
                  Criminal Action No. 06-114 JJF

Dear Mr. Stretton:

       The Court has your letter dated August 25, 2008, concerning the request to return Mr. Myers to the Salem facility.

       Mr. Myer's concerns should be directed to the United States Marshal Service for review and comment. If the concerns remain, a motion with notice to the Government may be filed.

                                      Sincerely,

                                      JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: David Hall, Assistant U.S. Attorney
    Clerk, U.S. District Court